**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Garyck Truls Arntzen

                Plaintiff,

v.                                      Case No.: 1:26–cv–04399
                                        Honorable LaShonda A. Hunt

LionJanDunei, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 27, 2026:

      MINUTE entry before the Honorable LaShonda A. Hunt: Plaintiff's motion for leave to conduct expedited discovery [16] is granted. The Court finds that expedited discovery is warranted to obtain Defendant's contact information. Enter Order Authorizing Expedited Discovery. The motion hearing set for 6/3/26 [18] is stricken. If no other relief has been sought, Plaintiff is ordered to file a status report by 6/16/26 updating the Court on the progress of expedited discovery and proposed next steps in the case. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.