**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

GARYCK TRULS ARNTZEN,

     Plaintiff,

v.

LIONJANDUNEI,

     Defendant.

Case No. 26 C 4399

Hon. LaShonda A. Hunt

## ORDER AUTHORIZING EXPEDITED DISCOVERY

Plaintiff Garyck Truls Arntzen moves for leave to conduct expedited discovery against the fully interactive, e-commerce store operating under the seller alias identified as "LionJanDunei" in the Amended Complaint (the "Defendant") and using at least the online marketplace account identified in the Amended Complaint (the "Defendant Internet Store"). After reviewing the Motion and the accompanying record, this Court GRANTS Arntzen's Motion as follows.

Upon Arntzen's request, any third party with actual notice of this Order who is providing services for the Defendant, or in connection with the Defendant Internet Store, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine the identities and locations of Defendant, its officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with it, including all known contact information and all associated e-mail addresses.

**DATED**: May 27, 2026

**ENTERED:**

*LaShonda A Hunt*

LaShonda A. Hunt
United States District Judge