**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

GARYCK TRULS ARNTZEN,

        Plaintiff,

v.

LionJanDunei,

        Defendant.

Case No.: 1:26-cv-04399

Judge LaShonda A. Hunt

Magistrate Judge Keri L. Holleb Hotaling

**PLAINTIFF'S MOTION FOR ELECTRONIC SERVICE OF PROCESS**
**PURSUANT TO FED. R. CIV. P. 4(f)(3)**

Plaintiff, GARYCK TRULS ARNTZEN ("Plaintiff"), seeks this Court's authorization to effectuate service of process by e-mail and/or electronic publication in an action arising out of Federal Copyright Act, 17 U.S.C. § 101, et seq., 28 U.S.C. § 1338(a)–(b) and 28 U.S.C. § 1331. A Memorandum of Law in Support is filed concurrently with this Motion.

DATED: June 1, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***