Exhibit 1

## 001 LionJanDunei



# Order Summary

Order placed March 6, 2026   |   Order # 113-2495309-7625811

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ▇▇▇▇▇▇ | Visa ending in ▇▇▇ | Item(s) Subtotal: | $14.88 |
| 15TH FLOOR 1111 W 35TH ST | View related transactions | Shipping & Handling: | $5.46 |
| CHICAGO, IL 60609-1404 | | Total before tax: | $20.34 |
| United States | | Estimated tax to be collected: | $1.53 |
| | | **Grand Total:** | **$21.87** |

## Arriving March 17 - March 20



Costa Rica Vintage Flags Throw Blankets Flannel Home Bed Blanket Ultra Soft Cozy Air Conditioner Quilt Warm Lounge Throws All Ages

Sold by: LionJanDunei

Supplied by: Other

$14.88

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑️✖️

© 1996-2026, Amazon.com, Inc. or its affiliates