Exhibit 2

| Defendant | Seller Name | Seller Origin | Platform | Email | Account ID (USD) |
|---|---|---|---|---|---|
| 1 | LionJanDunei | China | Amazon | liyongjianamz@outlook.com | A1Y0HN863ENVZN |