**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

GARYCK TRULS ARNTZEN,

      Plaintiff,

v.

LionJanDunei,

      Defendant.

Case No.: 1:26-cv-04399

Judge LaShonda A. Hunt

Magistrate Judge Keri L. Holleb Hotaling

**<u>NOTICE OF MOTION</u>**

**PLEASE TAKE NOTICE** that on Wednesday, June 10, 2026, at 9:00 a.m., Plaintiff, by

Plaintiff's counsel, shall appear in-person before the Honorable Judge LaShonda A. Hunt for the

U.S. District Court for the Northern District of Illinois and present Plaintiff's Motion for Electronic

Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3).

DATED: June 1, 2026

Respectfully submitted,

<u>*/s/ Keith A. Vogt*</u>
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 1, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt